20D02-2102-PL-000036
Elkhart Superior Court 2

Filed: 2/5/2021 3:21 PM
Clerk
Elkhart County, Indiana

| STATE OF INDIANA | ) | IN THE ELKHART SUPERIOR COURT NO. 2 |
|---|---|---|
| | ) SS: | |
| COUNTY OF ELKHART | ) | CAUSE NO. |

LIPPERT COMPONENTS, INC.,                    )
                                             )
     Plaintiff,                            )
                                             )
     vs.                                   )
                                             )
AMERICAN HOTEL REGISTER COMPANY              )
c/o Registered Agent C T Corporation System  )
334 North Senate Avenue                      )
Indianapolis, IN 46204                       )
                                             )
     Defendant.                            )

## COMPLAINT

Lippert Components, Inc. ("Lippert"), by counsel, states the following in support of its Complaint against American Hotel Register Company ("American"):

### Parties and Jurisdiction

1. Lippert is a Delaware corporation with its principal place of business in Elkhart County, Indiana.

2. American is an Illinois corporation with its principal place of business in Vernon Hills, Illinois.

3. The events giving rise to this litigation took place in the State of Indiana.

4. Venue is proper in accordance with Indiana Rule of Trial Procedure 75.

### Background Facts

5. American is a global hospitality supplier.

6. American and Lippert are parties to a Supplier Agreement. (A true and accurate copy of the Supplier Agreement is attached hereto as Exhibit "1").

7.  Pursuant to the Supplier Agreement, on or between March – June 2020, American placed five (5) Purchase Orders with Lippert for bed mattresses. In total, American ordered 1,273 bed mattresses from Lippert. (A true and accurate copy of the Purchase Orders are attached hereto as Exhibit "2").

8.  Pursuant to American's instructions, Lippert shipped the bed mattresses to various colleges and universities across the United States. Packing Slips accompanied the shipments. (A true and accurate copy of each Packing Slip is attached hereto as Exhibit "3").

9.  An invoice was generated by Lippert for each order from American.

10. Each invoice reflected the amount owed from American to Lippert for said order.

11. Each invoice contained the invoice date and the payment due date.

12. Lippert delivered the invoices to American. (A true and accurate copy of each invoice is attached hereto – see Exhibit "4").

13. Payments for the invoices were due on or between September 23, 2020 to October 25, 2020.

14. American did not pay Lippert the invoiced amount prior to the due date on each invoice.

15. Lippert issued a demand for payment to American by letter dated November 13, 2020. (A true and accurate copy of the Demand Letter is attached hereto – see Exhibit "5").

16. As a result of American's failure to pay the balance due and owing to Lippert, Lippert has been forced to retain counsel and incur attorneys' fees and expenses.

### COUNT 1 – ACCOUNT/ACCOUNT STATED

17. Lippert realleges paragraphs 1 through 15 above.

18. American's outstanding balance with Lippert arose from Lippert's sale of bed mattresses to American.

19. American's outstanding balance with Lippert now totals One Hundred Sixty-One Thousand Four Hundred Eighty-Six and 80/100 Dollars ($161,486.80).

20. Despite demand for payment, American has failed and/or refused to pay the balance owed to Lippert.

21. American has not objected to the balance stated on any of the invoices.

## COUNT II – BREACH OF CONTRACT

22. Lippert realleges paragraphs 1 through 21 above.

23. Under the terms of the Supplier Agreement, Lippert agreed to provide products to American in exchange for payment.

24. Lippert provided bed mattresses to various colleges and universities pursuant to Purchase Orders placed by American.

25. Lippert has invoiced American for American's bed mattress purchases in the total amount of One Hundred Sixty-One Thousand Four Hundred Eight-Six and 80/100 Dollars ($161,486.80).

26. American has breached the Supplier Agreement with Lippert by failing to pay the outstanding balance of its account.

27. Lippert has been damages as a result of American's breach.

WHEREFORE, Plaintiff, Lippert Components, Inc., by counsel, respectfully requests a judgment in its favor and against American Hotel Register Company in the amount of $161,486.80, post-judgment interest, its reasonable attorneys' fees and expenses, the costs of this action, and all other just and proper relief.

*/s/ Sean M. Towner*
Sean M. Towner (29082-71)
Matthew J. Anderson (27511-71)
Counsel for Plaintiff

**MAY OBERFELL LORBER**
4100 Edison Lakes Parkway
Suite 100
Mishawaka, IN 46545
574.243.4100

20D02-2102-PL-000036
Filed: 2/8/2021 3:21 PM
Clerk
Elkhart Superior Court 2
Elkhart County, Indiana



| | SUPPLIER AGREEMENT |
|---|---|
| **HOTEL REGISTER COMPANY** | EFFECTIVE UPON EXECUTION AND WILL REMAIN IN EFFECT UNLESS TERMINATED AS PROVIDED IN SECTION 28 OF THIS AGREEMENT. |

**SUPPLIER CODE:**

**NOTE: TYPE YOUR ANSWERS IN THE YELLOW HIGHLIGHTED FIELDS ONLY. (FORM IS PROTECTED)**

| 1 | COMPANY NAME: | Lippert Components Inc. | ("Supplier") | |
|---|---|---|---|---|
| 2 | TYPE OF ENTITY ( MARK APPROPRIATE BOX) | MANUFACTURER | DISTRIBUTOR | MANUFACTURER'S REP/RESELLER |
| | | X | | |
| 3 | PLEASE SIGN AND DATE | SIGNATURE : Andrew Pocock | | DATE 9/24/18 |

***NOTE THAT BY FILLING IN NAME AND DATE AND SENDING ELECTRONICALLY, THIS ACTS AS A WRITTEN SIGNATURE AND ACCEPTANCE OF THE AGREEMENT**

**TERMS & CONDITIONS**

NO LATER THAN NINETY (90) DAYS BEFORE THE END OF EACH CALENDAR YEAR THE PARTIES SHALL MEET TO DISCUSS UPCOMING PRICING, SALES VOLUMES, SALES FORECAST AND ANY OTHER ISSUES IDENTIFIED BY EITHER PARTY. SUPPLIER SHALL AT THIS MEETING PROVIDE A PRICE LIST TO AMERICAN HOTEL REGISTER COMPANY ("AMERICAN HOTEL") FOR THE UPCOMING YEAR, WHICH THE PARTIES SHALL DISCUSS AND AGREE TO IN GOOD FAITH. AFTER THE PARTIES AGREE UPON PRICING FOR A CALENDAR YEAR, SUPPLIER MAY ONLY CHANGE SAID PRICING FOUR TIMES DURING SAID CALENDAR YEAR PERIOD, EFFECTIVE 1/1, 4/1, 7/1 AND 10/1, BY PROVIDING AMERICAN HOTEL WRITTEN NOTICE AT LEAST NINETY (90) DAYS PRIOR TO IMPLEMENTING SAID PRICE CHANGE.

**SUPPLIER COMPLIANCE REQUIREMENTS**

| 4 | ARE ALL OF YOUR PRODUCTS MADE IN THE USA? | ☐YES X | ☐NO [PROVIDE CERTIFICATE OF ORIGIN(S) FOR NON-DOMESTIC PRODUCTS] |
|---|---|---|---|
| 5 | CERTIFICATE OF ORIGIN | ATTACH APPLICABLE CERTIFICATES FOR EACH NON-DOMESTIC PRODUCT (SUPPLIER IS REQUIRED TO PROVIDE UPDATED CERTIFICATES AS NEEDED); SUPPLIER IS RESPONSIBLE FOR ALL PENALTIES FOR INACCURATE/NONCOMPLIANT CERTIFICATES | |
| 6 | EDI AND VENDOR NET REQUIREMENTS: | | |
| | A) ADVANCED SHIP NOTICE (ASN) – 856 | | |
| | B) INVOICES – 810 | | |
| | C) PURCHASE ORDERS – 850 | | |

**EXHIBIT 1**

1
Confidential



| D) PURCHASE ORDER ACKNOWLEDGEMENTS – 855 | |
|---|---|

| 7 | **EDI CONTACTS:** | |
|---|---|---|
| | A) EDI CONTACT NAME | Jamie Shepherd |
| | B) EDI CONTACT PHONE | 574-891-3245 |
| | C) EDI CONTACT EMAIL | jshepherd@lci1.com |

| 8 | **SHIPPING REQUIREMENTS:** |
|---|---|
| | A) UPC AND BARCODING MUST BE INCLUDED ON PURCHASE TO STOCK SHIPMENTS AND NEW PRODUCT FORMS. |

| 9 | **SERVICE LEVEL REQUIREMENTS:** |
|---|---|
| | A SERVICE LEVEL OF 96% OR ABOVE IS REQUIRED. ORDERS MUST BE SHIPPED AS COMPLETE AS POSSIBLE WITHIN AGREED UPON LEAD TIMES. SERVICE LEVEL IS MEASURED BASED UPON A) ORDERED VS. LINES SHIPPED; AND B) RECEIVED ON TIME WITHIN THE PERFORMANCE PERIOD. |

| | INVOICES, SHIPPING, PACKAGING, AND OTHER CHARGES |
|---|---|
| 10 | PURCHASE ORDERS: AMERICAN HOTEL MAY ORDER PRODUCTS FROM SUPPLIER BY SENDING A PURCHASE ORDER, SPECIFYING THE TYPE OF PRODUCT, THE QUANTITY, THE REQUESTED DELIVERY DATE, DELIVERY LOCATION AND ANY SPECIFIC LABELING, PACKAGING AND SHIPPING INSTRUCTIONS (EACH A "PURCHASE ORDER"). IF SUPPLIER ACCEPTS THE PURCHASE ORDER, SUPPLIER SHALL, UPON REQUEST, PROVIDE AMERICAN HOTEL WITH THE ESTIMATED DELIVERY DATE OF PRODUCT ORDERED AND ANY FORESEEABLE ISSUES WITH THE PROPOSED ORDER OR ITS ENCLOSED INSTRUCTIONS. THE PARTIES MAY USE THEIR FORMS OF PURCHASE ORDER, ORDER ACKNOWLEDGMENT, DELIVERY TICKETS AND INVOICES AS THE CASE MAY BE, BUT ANY TERMS AND CONDITIONS OF PURCHASE OR SALE ON SAID FORMS SHALL BE OF NO FORCE OR EFFECT EXCEPT FOR TYPE OF PRODUCT, PRICE, QUANTITY AND DELIVERY TERMS CONSISTENT WITH THE TERMS OF THIS AGREEMENT. |
| | A) INVOICES MUST MATCH PURCHASE ORDERS |
| | B) SHIPMENTS MUST MATCH PACKAGING SLIP AND PURCHASE ORDER. ANY RECEIVING DISCREPANCY (RDR) WILL BE PROPERLY DOCUMENTED AND SUBMITTED BY AMERICAN HOTEL TO SUPPLIER WITHIN FIVE (5) DAYS OF RECEIPT OF THE SHIPMENT. THE PARTIES WILL DISCUSS AND WORK TO RESOLVE THE RDR IN GOOD FAITH. |
| | C) INVOICES MAY BE MAILED, FAXED TO ACCOUNTS PAYABLE AT 847-743-3906, EMAILED TO AP@AMERICANHOTEL.COM, OR TRANSMITTED VIA VENDORNET OR EDI – PAPER COPIES OF INVOICES ARE NOT ACCEPTABLE FOR VENDORNET OR EDI SUPPLIERS. AMERICAN HOTEL SHALL PAY EACH SUCH INVOICE IN ACCORDANCE WITH THE PAYMENT TERMS. UNLESS OTHERWISE |

|    | SPECIFIED BY SUPPLIER, PAYMENT TERMS ARE NET THIRTY (30) DAYS FROM THE DATE OF DELIVERY.   SUPPLIER SHALL BE ENTITLED TO IMMEDIATELY SUSPEND OR DELAY ITS PERFORMANCE HEREUNDER WITHOUT NOTICE IF AMERICAN HOTEL HAS NOT TIMELY PAID ANY AMOUNTS DUE SUPPLIER, WHETHER ARISING UNDER THIS AGREEMENT OR OTHERWISE. | |
|----|----|----|
| 11 | **MINIMUM ORDER REQUIREMENTS:** (ORDERS UNDER MINIMUM ARE NOT ACCEPTED) | (cases, pallets, pounds, etc.) 1 |
| 12 | **FREIGHT TERMS: (PLEASE INDICATE FREIGHT, CHECK ONLY ONE BOX)** ☐ PREPAID (NO FREIGHT CHARGES)   ☒ COL (3ᴿᴰ PARTY COLLECT)   ☐ IMP (IMPORT) | |
| 13 | DO YOU OFFER FULL TRUCKLOAD ALLOWANCE? | YES / NO   no |
|    | A) IF YES, WHAT IS THE ALLOWANCE? | %   $ |
| 14 | UNDER WHAT CONDITIONS WILL YOU PREPAY FREIGHT? | EXPLAIN:   n/a |
| 15 | **DROP SHIP ORDERS: (SHIPPED DIRECT TO CUSTOMER)** | |
|    | A) CAN YOU DROP SHIP ORDERS? | YES / NO   Yes |
|    | * ADDITIONAL FEES FOR DROP SHIP ARE NOT ACCEPTABLE.* | |
|    | B) WILL YOU SHIP LESS THAN MASTER CARTON QUANTITIES OR CASE PACKS? | YES / NO   Yes |
|    | * ADDITIONAL FEES FOR BROKEN CARTONS ARE NOT ACCEPTABLE.* | |

|                     DEFECTIVE GOODS / WARRANTIES                     |
|---|---|
| 16 | For EnviroSpring product only: SUPPLIER WARRANTS ALL PRODUCTS SHALL MEET HEALTH, SAFETY AND PACKAGING STANDARDS AS MANDATED BY REGULATION AND THAT THE DESIGN, CONSTRUCTION AND QUALITY OF THE PRODUCTS SHALL COMPLY IN ALL RESPECTS WITH ANY STATUTORY REGULATION, ORDER, CONTRACT OR ANY OTHER INSTRUMENT HAVING THE FORCE OF LAW. |
| 17 | **5 YEAR WARRANTY FOR ENVIROSPRING MATTRESS** |
| 18 | SUPPLIER WARRANTS ENVIROSPRING MATTRESSES FOR A FULL PERIOD OF THREE (3) YEARS FROM THE DATE OF DELIVERY FROM SUPPLIER TO AMERICAN HOTEL FOLLOWED BY TWO (2) YEAR PRORATED WARRANTY WITH THE FOURTH YEAR COVERING 50% OF THE COST OF REPLACEMENT AND THE FIFTH COVERING 25% OF THE COST OF REPLACEMENT. THE PRODUCTS (I) SHALL CONFORM TO THE APPLICABLE SPECIFICATIONS PROVIDED BY AMERICAN HOTEL AND AGREED TO BY SUPPLIER; AND (II) SHALL BE MERCHANTABLE AND FREE FROM DEFECTS IN MATERIAL AND WORKMANSHIP.  NOTICE OF WARRANTY CLAIMS SHOULD BE SENT TO SUPPLIER AND HANDLED IN ACCORDANCE WITH THE AGREED UPON WARRANTY POLICY AND PROCEDURE.  DEFECTIVE OR NON-CONFORMING PRODUCT SHALL BE, AT THE OPTION OF SUPPLIER, REPAIRED OR REPLACED BY SUPPLIER, OR SUPPLIER MAY ELECT TO REFUND OR CREDIT THE PURCHASE PRICE THEREFORE.  THIS SHALL CONSTITUTE THE SOLE AND EXCLUSIVE WARRANTY AND NO OTHER WARRANTIES EXPRESS OR IMPLIED SHALL APPLY HEREUNDER. |
| 19 | WHAT ARE YOUR GENERAL WARRANTY TERMS?   ATTACH WARRANTY |

|                     RETURNS                     |
|---|---|
| 20 | PLEASE PROVIDE A COPY OF YOUR RETURN POLICY.   ATTACH RETURN POLICY |



| 21 | ARE THERE RE-STOCKING CHARGES? | | YES / NO | Yes |
|---|---|---|---|---|
| | A) IF YES, WHAT ARE THE CHARGES? | | $ | % 10 |
| 22 | IS A RETURN AUTHORIZATION REQUIRED FOR RETURNS? | | YES / NO | Yes |
| 23 | WHO IS THE CONTACT PERSON FOR RETURNS? | NAME: Drew Brotherson | PHONE: | 574-606-6997 |

| | PRODUCT LIABILITY INSURANCE | |
|---|---|---|
| 24 | WE MUST BE NAMED AS AN ADDITIONAL INSURED. YOUR COVERAGE SHALL BE PRIMARY AND NON-CONTRIBUTORY OVER ANY AND ALL OTHER APPLICABLE COVERAGE, INCLUDING AMERICAN HOTEL'S INSURANCE PROGRAM. YOUR PRODUCT LIABILITY INSURANCE SHALL GRANT A WAIVER OF SUBROGATION IN FAVOR OF AMERICAN HOTEL, IT'S SUBSIDIARIES, DIVISIONS, AFFILIATES, DIRECTORS, OFFICERS AND ASSIGNS. YOU SHOULD PROVIDE US NO LESS THAN THIRTY (30) DAYS PRIOR WRITTEN NOTICE IN THE EVENT OF CANCELLATION OF THE COVERAGE. OUR MINIMUM INSURANCE LIMITS REQUIRED ARE: $2,000,000 GENERAL AGGREGATE COVERAGE $1,000,000 PRODUCT LIABILITY COVERAGE. | ATTACH CERTIFICATE OF INSURANCE |

| | INDEMNIFICATION | |
|---|---|---|
| 25 | SUPPLIER AGREES TO DEFEND, INDEMNIFY AND HOLD AMERICAN HOTEL HARMLESS FROM ALL THIRD PARTY ACTIONS, SUITS, CLAIMS, DEMANDS AND PROCEEDINGS, ARISING OUT OF THE DELIVERY, SALE, RESALE, LABELING, USE OR CONSUMPTION OF YOUR PRODUCT(S) WHICH ARE THE DIRECT RESULT IN WHOLE OR IN PART FROM (I) A BREACH OF WARRANTY GIVEN IN THIS AGREEMENT OR (II) THE NEGLIGENT ACTS OR OMISSIONS OF SUPPLIER. Any defense or indemnity coverage given by Supplier is limited to and conditioned upon (i) the reasonable out of pocket damages and expenses actually incurred by American Hotel for an indemnified matter that can be reasonably documented (ii) Supplier will only cover damages and expenses that are a direct consequence of the matter for which Supplier provides the indemnity, (iii) Supplier will not pay the legal fees and expenses of American Hotel's attorney after Supplier has undertaken the defense and indemnity of American Hotel, (iv) Supplier will not be liable for indirect, special or consequential damages of American Hotel or their indemnitee or customer, including, but not limited to, lost profits and damage to goodwill or brand, (v) Supplier will not indemnify for damages and expenses caused in material part by the negligent or willful act or omission of American Hotel, (vi) upon its undertaking of the defense and indemnity of American Hotel, Supplier will have the right to control such defense in all material respects, (vii) American Hotel shall cooperate with the reasonable requests of Supplier until the indemnified matter is fully and finally resolved provided Supplier reimburses each such party its reasonable out of pocket expenses in doing so as set forth above, and (viii) Supplier shall | INITIALS DB |

4

Confidential

not be liable for any settlement or compromise of any claim otherwise covered by Supplier unless Supplier shall have given its prior written consent to same.

AMERICAN HOTEL AGREES TO DEFEND, INDEMNIFY AND HOLD SUPPLIER HARMLESS FROM ALL THIRD PARTY ACTIONS, SUITS, CLAIMS, DEMANDS, AND PROCEEDINGS, ARISING OUT OF THE SALE, DISTRIBUTION, LABELING, OR USE OF THE PRODUCT(S) RESULTING IN WHOLE OR IN PART FROM THE NEGLIGENT ACTS OR OMISSIONS OF AMERICAN HOTEL.

Any defense or indemnity coverage given by American Hotel is limited to and conditioned upon (i) the reasonable out of pocket damages and expenses actually incurred by Supplier for an indemnified matter that can be reasonably documented (ii) American Hotel will only cover damages and expenses that are a direct consequence of the matter for which American Hotel provides the indemnity, (iii) American Hotel will not pay the legal fees and expenses of Supplier's attorney after American Hotel has undertaken the defense and indemnity of Supplier, (iv) American Hotel will not be liable for indirect, special or consequential damages of Supplier or their indemnitee or customer including, but not limited to, lost profits and damage to goodwill (or brand), (v) American Hotel will not indemnify for damages and expenses caused in material part by the negligent or willful act or omission of Supplier, (vi) upon its undertaking of the defense and indemnity of Supplier, American Hotel will have the right to control such defense in all material respects, (vii) Supplier shall cooperate with the reasonable requests of American Hotel until the indemnified matter is fully and finally resolved provided American Hotel reimburses each such party its reasonable out of pocket expenses in doing so as set forth above, and (viii) American Hotel shall not be liable for any settlement or compromise of any claim otherwise covered by American Hotel unless American Hotel shall have given its prior written consent to same.

**FORCE MAJEURE**

| | | |
|---|---|---|
| 26 | YOU SHALL BE EXCUSED FROM PERFORMING ANY OBLIGATIONS UNDER THIS AGREEMENT, IN WHOLE OR IN PART, IF PERFORMANCE IS IMPOSSIBLE OR SUBSTANTIALLY IMPRACTICABLE AS A RESULT OF AN ACT OF GOD, TERRORISM, NATIONAL EMERGENCY, WAR, CIVIL UNREST, LABOR DISPUTE, STRIKE, SEVERE WEATHER, SHORTAGE OF MATERIALS OR OTHER CAUSE BEYOND YOUR REASONABLE CONTROL (SO LONG AS IN EACH CASE YOU DID NOT CAUSE EVENT OR CONDITION), UNTIL SUCH TIME AS SUCH EVENT OR CONDITION NO LONGER PREVENTS PERFORMANCE. | INITIALS<br><br><br>DB |

**TRADEMARKS**



| 27 | NEITHER PARTY WILL USE ANY TRADEMARKS, WEBSITE MARKS, NAMES, LOGOS, OR OTHER IDENTIFIERS OF THE OTHER PARTY WITHOUT PRIOR WRITTEN PERMISSION. | INITIALS DB |
|---|---|---|
| 28 | TERMINATION | |
| | THE PARTIES MAY TERMINATE THIS AGREEMENT BY PROVIDING THE OTHER PARTY WITH SIXTY (60) DAYS WRITTEN NOTICE. UPON THE TERMINATION OF THIS AGREEMENT FOR ANY REASON, AMERICAN HOTEL SHALL BE RESPONSIBLE FOR THE TIMELY PAYMENT OF ALL ISSUED AND OUTSTANDING INVOICES FROM SUPPLIER, ALL PRODUCTS OTHERWISE DELIVERED TO AMERICAN HOTEL, AND ALL PURCHASE ORDERS SUBMITTED TO SUPPLIER PRIOR TO TERMINATION. | DB |
| 29 | MOST FAVORED CUSTOMER AMERICAN HOTEL SHALL BE GIVEN MOST FAVORED CUSTOMER PRICING FOR THE SAME QUALITY PRODUCTS PROVIDED ON A SIMILAR BASIS TO OTHER COLLEGE DISTRIBUTORS WITHIN THE HOSPITALITY MARKET AND SUBJECT TO SIMILAR VOLUME CONDITIONS AND MATERIAL TERMS AND CONDITIONS, INCLUDING CONTRACT DURATION. | DB |
| | | |

| | COMPANY INFORMATION | | | |
|---|---|---|---|---|
| 30 | COMPANY NAME | Lippert Components Inc. | | |
| | STREET ADDRESS | 3501 County Road 6 | | |
| | CITY | Elkhart | | |
| | STATE | IN | ZIP | 46516 |
| | PHONE | 574-535-1125 | FAX | |
| | WEB-SITE ADDRESS | www.lci1.com | | |
| 31 | OWNERSHIP: PUBLIC, PRIVATE, PARTNERSHIP ETC. | | | Public |
| | IS THIS COMPANY A WOMEN OR MINORITY OWNED OR MANAGED COMPANY? | | YES / NO | No |
| | *ATTACH MINORITY OWNED CERTIFICATE IF APPLICABLE.* | | | |

| | EMPLOYEE INFORMATION | | |
|---|---|---|---|
| 32 | PRESIDENT NAME AND TITLE | Scott Mereness | |
| | PHONE | | E-MAIL | scottm@lci1.com |

| 33 | VP SALES NAME AND TITLE | | Andrew Pocock | | | |
|---|---|---|---|---|---|---|
| | PHONE | | 574-312-6035 | | E-MAIL | apocock@lci1.com |
| 34 | SALES REPRESENTATIVE NAME AND TITLE | | Drew Brotherson | | | |
| | PHONE | | 574-606-6997 | | E-MAIL | dbrotherson@lci1.com |
| | FAX | FAX | | | CELL | |
| 35 | FINANCE CONTACT (FOR REBATES) NAME AND TITLE | | Mike Padrnos | | | |
| | PHONE | | 574-323-1042 | | E-MAIL | mpadrnos@lci1.com |
| | FAX | | | | | |
| 36 | CUSTOMER SERVICE REPRESENTATIVE (DAY-TO-DAY CONTACT: i.e.: SHIPPING STATUS, GENERAL QUESTIONS). | | | | | Drew Brotherson |
| | PHONE | | | | E-MAIL | |
| | FAX | | | | | |
| 37 | LOGISTICS CONTACT NAME AND TITLE | | | | | |
| | PHONE | | | | E-MAIL | |
| | FAX | | | | | |
| 38 | PROVIDE YOUR FTIN (FEDERAL TAX IDENTIFICATION NUMBER) | | | | | 38-3420528 |

| INTERNATIONAL COMPANY INFORMATION (IF APPLICABLE) | | | | |
|---|---|---|---|---|
| For purposes of this section, American Hotel shall include Canadian Hotel Supply, Intros Hotel Supplies, and all of our affiliates and subsidiaries. | | | | |

| 39 | INTERNATIONAL SALES (USD) PER REGION | Europe $ | Asia/Pac $ | Canada $ | South America $ |
|---|---|---|---|---|---|
| | PRODUCTS SOLD INTERNATIONALLY | Europe | Asia/Pac | Canada | South America |
| 40 | TOP TEN HOSPITALITY, | | | | |



| | COMMERCIAL, FOODSERVICE PRODUCTS SOLD INTERNATIONALLY | | | |
|---|---|---|---|---|
| 41 | LOCATION OF INTERNATIONAL FACILITIES | (MANUFACTURING) | (OFFICES) | (WAREHOUSES) |

| 42 | INTERNATIONAL DISTRIBUTION MODEL | DESCRIBE DISTRIBUTION MODEL (DIRECT, DISTRIBUTION, IMPORTERS, DEALERS, EXCLUSIVITY) | | | |
|---|---|---|---|---|---|
| | | Europe | Asia/Pac | Canada | South America |
| | | | | | |

| EMPLOYEE INFORMATION (INTERNATIONAL) | |
|---|---|
| 43 | GLOBAL INFRASTRUCTURE | PROVIDE ORG. CHART/POWER POINT DECK OF NAMES AND CONTACT INFORMATION FOR SALES PEOPLE AROUND THE GLOBE |

| 44 | VP OF INTERNATIONAL SALES NAME AND TITLE | | |
|---|---|---|---|
| | PHONE | | E-MAIL |

| 45 | INTERNATIONAL SALES REPRESENTATIVE NAME AND TITLE | | |
|---|---|---|---|
| | PHONE | | E-MAIL |
| | FAX | | |

| CONFIDENTIALITY | |
|---|---|
| 46 | THIS AGREEMENT, THE PRICING, COMPENSATION RATES, AND ALL OTHER INFORMATION RELATED TO THIS AGREEMENT SHALL BE DEEMED CONFIDENTIAL AND SHALL NOT BE REVEALED BY THE PARTIES TO ANY THIRD PARTY UNLESS NECESSARY FOR THE PERFORMANCE OF THIS AGREEMENT. |

| ACKNOWLEDGEMENT | |
|---|---|
| 47 | PLEASE SIGN AND DATE: Supplier | PRINT NAME AND TITLE:    Andrew Pocock |

| | SIGNATURE | DATE |
| | | 9/24/18 |
| PLEASE SIGN AND DATE: AMERICAN HOTEL | PRINT NAME AND TITLE: | DATE |
| | SIGNATURE | |

| THE AMERICAN HOTEL GLOBAL SUPPLY CHAIN PARTNERSHIP PROGRAM MANUAL ("PROGRAM MANUAL") MUST BE READ AND UNDERSTOOD PRIOR TO INITIAL PURCHASE ORDER. PLEASE USE THE FOLLOWING LINK TO LOGIN AND VIEW THE PROGRAM MANUAL https://vendor.americanhotel.com/ | |
| PLEASE INITIAL TO INDICATE YOU HAVE READ, UNDERSTOOD, AND AGREED TO THE SUPPLIER PARTNERSHIP PROGRAM MANUAL | INITIALS: DB |
| PLEASE INITIAL TO INDICATE THAT YOU HAVE READ, UNDERSTOOD, AND AGREED TO THE AMERICAN HOTEL REGISTER COMPANY SUPPLIER SOCIAL RESPONSIBILITY POLICY AND SUPPLIER CODE OF CONDUCT | INITIALS: [ ] DB |

9
Confidential

20D02-2102-PL-000036

Elkhart Superior Court 2

Filed: 2/5/2021 3:21 PM
Clerk
Elkhart County, Indiana



Purchase Order # 4500585294

Page 1 of 1
**PURCHASE ORDER**
Reprint

**Vendor:**
Lippert Components Inc.
3501 County Road 6
Elkhart, IN 46516

**Ship To**
FLORIDA A&M UNIVERSITY-
1POMAD0
FLORIDA A&M UNIVERSITY-
1POMA00100
2400 WAHNISH WAY
TALLAHASSEE, FL 32307
Delivery Phone#: 1-850-599-
3349
Customer PO#: FAM01-
0000167499

| PO Date | Sales Order# | Terms |
|---|---|---|
| 03/03/2020 | 731391 | Net 30 |
| Currency | FOB | Delivery Contact |
| USD | COL | Cheryl Sumner |
| Ship Method | | C/S Phone# |
| INB | | 847.743.6091 |

**SHIPPING INSTRUCTIONS**
All Shipments must be routed using the American Hotel Register Co. Routing Guide. The Routing Guide can be viewed at vendor.americanhotel.com. Non-compliance will result in a charge back of additional freight cost and a $300 admin fee. Vendors are responsible to use the most current version of the American Hotel Register Co. Routing Guide. Please Contact American Hotel Register Co. Trans. Dept. @ 847-743-6012 with questions.

**SPECIAL INSTRUCTIONS:**

The seller will comply with all provisions of Executives Order 11246 as amended, the provisions found in 41 C.F.R. sec. 60-741 (Disabled Persons) and sec. 60-250 (Veterans), and all relevant rules, regulations and orders of the Secretary of Labor.

| Line | Product No. | Ship Dates | UOM | Qty | Description | Unit Cost | Ext. Cost |
|---|---|---|---|---|---|---|---|
| 20 | GEN450058529400020 Fee | ED 04/02/2020 RD 03/19/2020 | EA | 1 | Freight Fee | $ 6,000.00 | $ 6,000.00 |
| | | | | | Quoted By (Name): Drew Brotherson | | |
| | | | | | Returnable: No | | |
| | | | | | Case Pack: 1 | | |
| | | | | | ZZNegotiated Cost: +6000.00 | | |
| 30 | 1108877 706086 | ED 06/11/2020 RD 03/19/2020 | EA | 714 | Somnum EnviroSpring Dorm XL Mattress | $ 119.00 | $ 84,966.00 |
| | | | | | ZZGross Price: +84966.00 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | TOTAL | $ 90,966.00 |

**EXHIBIT 2**

5/4/2020 American Hotel



## American
### HOTEL REGISTER COMPANY

Purchase Order # 4500604836

Page 1 of 2
**PURCHASE ORDER**

**Vendor:**
Lippert Components Inc.
3501 County Road 6
Elkhart, IN 46516

**Ship To**
GALLAUDET UNIVERSITY
GALLAUDET UNIVERSITY
INSTALLATION CONTACT:
800 Florida Ave NE
Washington, DC 200023600
Delivery Phone#: 1 HEA-RIN-
GEMP E
Customer PO#: 27817

| PO Date | Sales Order# | Terms |
|---|---|---|
| 05/01/2020 | 600661 | Net 30 |
| Currency | FOB | Delivery Contact |
| USD | CGL | Christopher Hofmann, christopher.hofmann@gallaudet.edu |
| Ship Method | | C/S Phone# |
| LNB | | 847.743.6091 |

**SHIPPING INSTRUCTIONS:**
All Shipments must be routed using the American Hotel Register Co. Routing Guide. This Routing Guide can be viewed at vendor.americanhotel.com. Non-compliance will result in a charge back of additional freight cost and a $300 admin fee. Vendors are responsible to use the most current version of the American Hotel Register Co. Routing Guide. Please Contact American Hotel Register Co. Trans. Dept. @ 847-743-6012 with questions.

**SPECIAL INSTRUCTIONS:**
The seller will comply with all provisions of Executive Order 11246 as amended, the provisions found in 41 C.F.R. sec. 60-741 (Disabled Persons) and sec. 60-250 (Veterans), and all relevant rules, regulations and orders of the Secretary of Labor.

| Line | Product No. | Ship Dates | UOM | Qty | Description | Unit Cost | Ext. Cost |
|---|---|---|---|---|---|---|---|
| 10 | 1108877 706686 | ED 07/24/2020 RD 06/12/2020 | EA | 156 | Somnum EnviroSpring Dorm XL Mattress | $ 129.63 | $ 20,222.28 |
| | | | | | ZZNegotiated Cost: 420222.28 | | |
| | | | | | Priced including freight. | | |
| | | | | | ZIPPER OPTION | | |
| | | | | | DO NOT SHIP WITHOUT A DELIVERY APPT SCHEDULED | | |
| | | | | | Delivery appointments are to be scheduled with Jennifer Knoop | | |
| | | | | | (jknoop@americanhotel.com or 561-644-9523). Deliveries without an appo | | |
| | | | | | intment will not be accepted. | | |
| | | | | | Delivery is being requested June 12th, 2020. | | |
| | | | | | Please contact Hana Arnold at harnold@americanhotel.com or | | |
| | | | | | 847-743-1754 with any questions or concerns. | | |
| | | | | | Failure to follow these instructions may result in additional fees. | | |
| 20 | GEN4500604838000020 CUSTOM MATTRESS | ED 06/12/2020 RD 06/12/2020 | EA | 4 | EnviroSpring Dorm XXL | $ 160.63 | $ 642.52 |
| | | | | | Quoted By (Name): Drew Brotherson | | |
| | | | | | Returnable: No | | |
| | | | | | Case Pack: 1 | | |
| | | | | | ZZNegotiated Cost: +642.52 | | |
| | | | | | Custom dorm mattress, 90"W x 36"D, zipper. Freight is included with | | |
| | | | | | the cost of the item. | | |
| | | | | | DO NOT SHIP WITHOUT A DELIVERY APPT SCHEDULED | | |
| | | | | | | TOTAL | $ 20,864.80 |

American Hotel                    SO- 0002855419                    Page 1 of 1



**Purchase Order # 4500614297**

Page 1 of 1
**PURCHASE ORDER**

**Vendor:**
Lippert Components Inc.
3501 County Road 6
Elkhart, IN 46516

**Ship To:**
EMPORIA STATE UNIVERSITY
EMPORIA STATE UNIVERSITY
Kellie Miller - CAMPUS BOX 4009
1 Kellogg Cir
Emporia, KS 668015415
Delivery Phone: 1 620-341-5112
**Customer PO#:** PR005023

| PO Date | Sales Order | Terms |
|---|---|---|
| 06/23/2020 | 829757 | Net 30 |
| Currency | FOB | Delivery Contact |
| USD | COL | Kellie Miller kmille51@emporia.edu |
| Ship Method | | C/S Phone# |
| INB | | 847.743.6091 |

**SHIPPING INSTRUCTIONS:**
All Shipments must be routed using the American Hotel Register Co. Routing Guide. The Routing Guide can be viewed at vendor.americanhotel.com. Non-compliance will result in a charge back of additional freight cost and a $300 admin fee. Vendors are responsible to use the most current version of the American Hotel Register Co. Routing Guide. Please Contact American Hotel Register Co. Trans. Dept. @ 847-743-6012 with questions.

**SPECIAL INSTRUCTIONS:**

The seller will comply with all provisions of Executive Order 11246 as amended, the provisions found in 41 C.F.R. sec. 60-741 (Disabled Persons) and sec. 60-250 (Veterans); and all relevant rules, regulations and orders of the Secretary of Labor.

| Line | Product No. | Ship Dates | UOM | Qty | Description | Unit Cost | Ext. Cost |
|---|---|---|---|---|---|---|---|
| 10. | 1111737 760172 | ED 09/15/2020 RD 07/22/2020 | EA | 104 | EnviroSpring Dorm XL Mattress | $ 119.00 | $ 12,376.00 |
| | | | | | ZZGross Price: +12376.00 | | |
| | | | | | Vendor paid freight per Drew 6/19 | | |
| | | | | | | **TOTAL** | $ 12,376.00 |

American Hotel

SO-0002812009

Page 2 of 2



Purchase Order # 4500609660

Page 1 of 1
**PURCHASE ORDER**

**Vendor:**
Lippert Components Inc.
3501 County Road 6
Elkhart, IN 46516

**Ship To:**
ALABAMA STATE UNIVERSITY
ALABAMA STATE UNIVERSITY
Reginal Lorick
1251 S Decatur St
Montgomery, AL 361045119
Delivery Phone#: 1 334-229-6483
Customer PO#: 2000002238

| PO Date | Sales Order# | Terms |
|---|---|---|
| 05/29/2020 | 809688 | Net 30 |
| Currency | FOB | Delivery Contact |
| USD | COL | Reginal Lorick rlorick@alasu.edu |
| Ship Method | | C/S Phone# |
| 1NB | | 847.743.8091 |

**SHIPPING INSTRUCTIONS**
All Shipments must be routed using the American Hotel Register Co. Routing Guide. The Routing Guide can be viewed at vendor.americanhotel.com. Non-compliance will result in a charge back of additional freight cost and a $300 admin fee. Vendors are responsible to use the most current version of the American Hotel Register Co. Routing Guide. Please Contact American Hotel Register Co. Trans. Dept. @ 847-743-8012 with questions.

**SPECIAL INSTRUCTIONS:**

The seller will comply with all provisions of Executives Order 11246 as amended, the provisions found in 41 C.F.R. sec. 60-741 (Disabled Persons) and sec. 60-250 (Veterans); and all relevant rules, regulations and orders of the Secretary of Labor.

| Line | Product No. | Ship Dates | UOM | Qty | Description | Unit Cost | Ext. Cost |
|---|---|---|---|---|---|---|---|
| 10 | 1111737 760172 | ED 08/21/2020 RD 07/13/2020 | EA | 200 | EnviroSpring Dorm XL Mattress | $127.50 | $25,500.00 |
| | | | | | ZZNegotiated Cost =25500.00 | | |
| | | | | | DO NOT SHIP WITHOUT A DELIVERY APPT SCHEDULED | | |
| | | | | | Delivery appointments are to be scheduled with Jennifer Knoop | | |
| | | | | | (jknoop@americanhotel.com or 561-644-9523). Deliveries without an appo | | |
| | | | | | intment will not be accepted. | | |
| | | | | | Delivery is being requested the week of July 13th, 2020. | | |
| | | | | | Please contact Hana Arnold (harnold@americansdusupply.com or | | |
| | | | | | 847-743-1754) with any questions or concerns. | | |
| | | | | | Failure to follow these instructions may result in additional fees. | | |
| | | | | | | **TOTAL** | $25,500.00 |

5/4/2020                                               American Hotel

**American**
HOTEL REGISTER COMPANY

Purchase Order # 4500604886

Page 1 of 1
**PURCHASE ORDER**

**Vendor:**
Lippert Components Inc.
3501 County Road 6
Elkhart, IN 46516

**Ship To:**
BARNARD COLLEGE
BARNARD COLLEGE
Christina Johnson
217 Manhattan Ave
New York, NY 100252630
Delivery Phone#: 1 212-654-5204
Customer PO#: P0085538

| PO Date | Sales Order# | Terms |
|---|---|---|
| 05/01/2020 | 800054 | Net 30 |
| Currency | FOB | Delivery Contact: |
| USD | COL | Christina Johnson |
| | | cjohnson@barnard.edu |
| Ship Method | | CR Phone# |
| INB | | 847.743.6091 |

**SHIPPING INSTRUCTIONS:**
All Shipments must be routed using the American Hotel Register Co. Routing Guide. The Routing Guide can be viewed at vendor.americanhotel.com. Non-compliance will result in a charge back of additional freight paid and a $300 admin fee. Vendors are responsible to use the most current version of the American Hotel Register Co. Routing Guide. Please Contact American Hotel Register Co. Trans. Dept. @ 847-743-5612 with questions.

**SPECIAL INSTRUCTIONS:**
The seller will comply with all provisions of Executive Order 11246 as amended, the provisions found in 41 C.F.R. sec. 60-741 (Disabled Persons) and sec. 60-250 (Veterans), and all relevant rules, regulations and orders of the Secretary of Labor.

| Line | Product No. | Ship Dates | UOM | Qty. | Description | Unit Cost | Ext. Cost |
|---|---|---|---|---|---|---|---|
| 10 | 1111739 760174 | ED 07/27/2020 RD 07/27/2020 | EA | 95 | EnviroSpring Twin XL Mattress | $ 124.00 | $ 11,780.00 |
| | | | | | ZZGross Price: +11780.00 | | |
| | | | | | DO NOT SHIP WITHOUT A DELIVERY APPT. SCHEDULED | | |
| | | | | | Delivery appointments are to be scheduled with Jennifer Knoop | | |
| | | | | | (jknoop@americanhotel.com or 561-644-6523). Deliveries without an appo | | |
| | | | | | intment will not be accepted. | | |
| | | | | | Delivery is being requested the week of July 27th. | | |
| | | | | | Please contact Hana Arnold at harnold@americanhotel.com or... | | |
| | | | | | 847-743-1754) with any questions or concerns. | | |
| | | | | | Failure to follow these instructions may result in additional fees. | | |
| | | | | | | TOTAL | $ 11,780.00 |

Filed: 2/5/2021 3:21 PM
Clerk
Elkhart County, Indiana

20D02-2102-PL-000036

Elkhart Superior Court 2

## Packing slip

7/23/2020

Page 1 of 1

LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5074
USA
Telephone
Fax

| | |
|---|---|
| Number | PS-002761503 |
| Date | 7/20/2020 |
| Load ID | LD003458314 |
| Shipment ID | SH003718809 |
| Ship method | |
| Number of containers | 0 |

**Bill to:**
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

**Ship to:**
FLORIDA A&M UNIVERSITY
2400 WAHNISH WAY
1POMA00
TALLAHASSEE, FL 32307-0001
USA

| | |
|---|---|
| Customer account | 024781 |
| Sales order | SO-0002715484 |
| Customer PO | 4500565294 |
| Due date | 7/16/2020 |

| Line No. | Item No. | Description | Qty | Unit | Rem qty | Ship Qty |
|---|---|---|---|---|---|---|
| 10 | 706086 ENVIROSPRING: 7X36X80 NYLON BL | ENVIROSPRING: 7X36X80 NYLON BLUE 25-ST W/ZIPPER (COLLEGE TWIN XL) | 714.00 | EA | 0.00 | 238.00 |
| | | | Total: | | 0.00 | 238.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

Driver Signature :
Driver Printed Name :
Transport Company :     3RD PARTY
Actual Ship Date :

Customer Signature :
Customer Printed Name :     Isky Mash.II

Total Weight          0    Date


AR050          024781


SO-0002715484

## EXHIBIT 3

# Packing slip

7/23/2020

Page 1 of 1

LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

| | |
|---|---|
| Number | PS-002758324 |
| Date | 7/18/2020 |
| Load ID | LD003447560 |
| Shipment ID | SH003710837 |
| Ship method | |
| Number of containers | 0 |

**Bill to:**
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

**Ship to:**
FLORIDA A&M UNIVERSITY
2400 WAHNISH WAY
1POMADO
TALLAHASSEE, FL 32307-0001
USA

| | |
|---|---|
| Customer account | 024781 |
| Sales order | SO-0002715484 |
| Customer PO | 4500585294 |
| Due date | 7/16/2020 |

| Line No. | Item No. | Description | Qty | Unit | Rem qty | Ship Qty |
|---|---|---|---|---|---|---|
| 10 | 706086 ENVIROSPRING: 7X36X80 NYLON BL | ENVIROSPRING: 7X36X80 NYLON BL DE 25-ST W/ZIPPER (COLLEGE TWIN XL) | 714.00 | EA | 238.00 | 238.00 |
| | | | | Totals: | 238.00 | 238.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay therein complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

Driver Signature :
Driver Printed Name :
Transport Company :    3RD PARTY
Actual Ship Date :

Customer Signature :
Customer Printed Name :

Total Weight    0    Date

AR050

024781

SO-0002715484

# Packing slip

7/23/2020

Page 1 of 1

LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

| | |
|---|---|
| Number | PS-002753304 |
| Date | 7/20/2020 |
| Load ID | LD003440342 |
| Shipment ID | SH003702927 |
| Ship method | |
| Number of containers | 0 |

**Bill to:**
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

**Ship to:**
FLORIDA A&M UNIVERSITY
2400 WAHNISH WAY
1POMA00
TALLAHASSEE, FL 32307-0001
USA

| | |
|---|---|
| Customer account | 024781 |
| Sales order | SO-0002715484 |
| Customer PO | 4500585294 |
| Due date | 7/16/2020 |

| Line No. | Item No. | Description | Qty. | Unit | Rem qty. | Ship Qty. |
|---|---|---|---|---|---|---|
| 10 | 706086 ENVIROSPRING; 7X36X80 NYLON BL | ENVIROSPRING; 7X36X80 NYLON BLUE 2S-5T W/ZIPPER (COLLEGE TWIN XL) | 714.00 | EA | 476.00 | 238.00 |
| 20 | FREIGHT FREIGHT AND HANDLING | FREIGHT AND HANDLING CHARGES | 1.00 | EA | 0.00 | 1.00 |

Totals: 476.00    239.00

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

Driver Signature :
Driver Printed Name :
Transport Company :        3RD PARTY
Actual Ship Date :

Customer Signature :
Customer Printed Name :

Total Weight                0    Date :

AR050                    024781                    SO-0002715484

**Packing slip**

7/29/2020



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

Page 1 of 1

| | |
|---|---|
| Number | PS-002792342 |
| Date | 7/29/2020 |
| Load ID | LD003497961 |
| Shipment ID | SH003766221 |
| Ship method | |
| Number of containers | 0 |

**Bill to:**
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

**Ship to:**
GALLAUDET UNIVERSITY
800 FLORIDA AVE NE
WASHINGTON, DC 20002-3600
USA

| | |
|---|---|
| Customer account | 024781 |
| Sales order | SO-0002754379 |
| Customer PO | 4500604836 |
| Due date | 7/27/2020 |

| Line No. | Item No. | Description | Qty | Unit | Remark | Ship Qty |
|---|---|---|---|---|---|---|
| 10 | 706086 ENVIROSPRING: 7X36X80 NYLON BL | ENVIROSPRING: 7X36X80 NYLON BLUE 2S-ST W/ZIPPER (COLLEGE TWIN XL) | 156.00 | EA | 0.00 | 156.00 |
| 15 | 767719 | ENVIROSPRING: 7X36X90 NYLON BLUE 2S-ST W/ZIPPER | 4.00 | EA | 0.00 | 4.00 |
| 20 | FREIGHT FREIGHT AND HANDLING | FREIGHT AND HANDLING CHARGES NO CHARGE | 1.00 | EA | 0.00 | 1.00 |
| | | | | | Totals: | 0.00 161.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

*See attached*

Driver Signature: _____
Driver Printed Name: _____
Transport Company: **3RD PARTY**
Actual Ship Date: _____

Customer Signature: _____
Customer Printed Name: _____

Total Weight        0   Date _____


024781


SO-0002754379

AR050

2791342

**OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**
...tains only the information necessary for the motor carrier to deliver, rate, and invoice the shipment described below.

**Ship Date** 7/29/2020

| | |
|---|---|
| ant #50 - Interior Solutions | Carrier: KEY LOGISTICS INC. |
| 502 College Ave | Pro#: |
| GOSHEN, IN 46528 | Load#: 329932256 |
| LCI Shipping/Receiving (574) 891-3245 | CRID#: SO-0002754379 |
| Reference Number: SO-0002754379 | |

**Consignee: Due Date** 7/30/2020

| | |
|---|---|
| Gallaudet University | **All Freight Charges Prepaid Bill To:** |
| 800 Florida Ave NE | TMC |
| WASHINGTON, DC 20002 | 315 N Racine Ave |
| rec (999) 999-9999 | Suite 501 |
| Reference Number: | Chicago, IL 60607 |

| Type/ Reference # | SKU/ UPC | Description | QTY/ UOM | Pallets | Weight | Category/ Temp | NMFC/ Class |
|---|---|---|---|---|---|---|---|
| | | MATTRESS | 160 Bags | | 4500 | Dry | 250 |
| | | | 160 | | 4500 | | |

**Shipper Special Instructions:**

# USE DOCKS E15 - E16
# SEE SHIPPING OFFICE FOR PAPERWORK

**Consignee Special Instructions:**

**Comments:**

The Shipper certifies that the above named materials are properly classified, described, marked, labeled and packaged, and are in proper condition for transportation, according to the applicable regulations of the Department Of Transportation.

| | | | |
|---|---|---|---|
| Shipper Signature X | Date: 7-29-2020 | Trailer# | |
| Consignee Signature X | Date: 7-30-20 | Seal# | |
| Driver Signature X | Date: | Seal# | |

Permanent post-office address of shipper.

# Packing slip

7/28/2020



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

Page 1 of 1

| | |
|---|---|
| Number | PS-002774234 |
| Date | 7/24/2020 |
| Load ID | LD003471921 |
| Shipment ID | SH003737463 |
| Ship method | |
| Number of containers | 0 |

**Bill to:**
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

**Ship to:**
EMPORIA STATE UNIVERSITY
ATTN: KELLIE MILLER
1 KELLOGG CIR # 4009-M
EMPORIA, KS 66801-5415
USA

| | |
|---|---|
| Customer account | 024781 |
| Sales order | SO-0002855419 |
| Customer PO | 4500614297 |
| Due date | 7/21/2020 |

| Line No. | Item No. | Description | Qty | Unit | Rem Qty | Ship Qty |
|---|---|---|---|---|---|---|
| 10 | 760172 | ENVIROSPRING: 7X36X80 2S-ST NYLON BLUE - NO ZIPPER (COLLEGE TWIN XL) | 104.00 | EA | 0.00 | 104.00 |
| 20 | 760172 | ENVIROSPRING: 7X36X80 2S-ST NYLON BLUE - NO ZIPPER (COLLEGE TWIN XL) | 110.00 | EA | 0.00 | 110.00 |
| | | | | Totals: | 0.00 | 214.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay material complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCi of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

Driver Signature :
Driver Printed Name :
Transport Company : 3RD PARTY
Actual Ship Date :

Customer Signature :
Customer Printed Name :

Total Weight          0    Date

AR050          024781          SO-0002855419

# Packing slip

8/10/2020



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

Page 1 of 1

| | |
|---|---|
| Number | PS-002810944 |
| Date | 8/4/2020 |
| Load ID | LD003523411 |
| Shipment ID | SH003793838 |
| Ship method | |
| Number of containers | 0 |

**Bill to:**
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

**Ship to:**
Alabama State University Regional Lorick
1251 S DECATUR ST
MONTGOMERY, AL 36104-5119
USA

| | |
|---|---|
| Customer account | 024781 |
| Sales order | SO-0002812009 |
| Customer PO | 4500609660 |
| Due date | 7/27/2020 |

| Line No. | Item No. | Description | Qty | Unit | Rem qty | Ship Qty |
|---|---|---|---|---|---|---|
| 10 | 760172 | ENVIROSPRING: 7X35X80 2S-ST NYLON BLUE - NO ZIPPER (COLLEGE TWIN XL) | 200.00 | EA | 0.00 | 200.00 |
| | | | **Totals:** | | **0.00** | **200.00** |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

Driver Signature :
Driver Printed Name :
Transport Company : 3RD PARTY
Actual Ship Date :

Customer Signature :
Customer Printed Name :

Total Weight        0    Date

AR050



024781



SO-0002812009



# Packing slip

7/30/2020

LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

Page 1 of 1

Number            PS-002796357
Date              7/30/2020
Load ID           LD003503187
Shipment ID       SH003772039
Ship method
Number of containers    0

**Bill to:**
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

**Ship to:**
BARNARD COLLEGE
217 MANHATTAN AVE
HOLTSVILLE, NY 00501-0001
USA

Customer account    024781
Sales order         SO-0002754378
Customer PO         4500604886
Due date            7/27/2020

| Line No. | Item No. | Description | Qty | Unit | Rem qty | Ship Qty |
|----------|----------|-------------|-----|------|---------|----------|
| 10 | 760174 | ENVIROSPRING: 7X3BX80 2S-5T NYLON BLUE - NO ZIPPER (COLLEGE TWIN) | 95.00 | EA | 0.00 | 95.00 |
| 20 | FREIGHT FREIGHT AND HANDLING | FREIGHT AND HANDLING CHARGES | 1.00 | EA | 0.00 | 1.00 |
| | | | | Totals: | 0.00 | 96.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.



Driver Signature :
Driver Printed Name :
Transport Company :     3RD PARTY
Actual Ship Date :

Customer Signature :
Customer Printed Name :

Total Weight            0    Date:


AR050

024781


SO-0002754378

2796357

**Date:** 7/30/2020 | **BILL OF LADING** | **Page 1 of 1**

### SHIP FROM

**Name:** LIPPERT INTERIORS PLANT 50
**Address:** 2802 COLLEGE AVE
**City/State/Zip:** GOSHEN, IN 46528
**SID#:**   **FOB:** ☐

**Bill of Lading Number:** _____

**BAR CODE SPACE**

### SHIP TO

**Name:** BARNARD COLLEGE   **Location #:** ___
**Address:** 217 MANHATTAN AVE
**City/State/Zip:** HOLTSVILLE, NY 00501-0001
**CID#:**   **FOB:** ☐

**CARRIER NAME:** USF HOLLAND
**Trailer number:** _____
**Seal number(s):** _____
**SCAC:**
**Pro number:**

### THIRD PARTY FREIGHT CHARGES BILL TO

**Name:**
**Address:**
**City/State/Zip:**
**SPECIAL INSTRUCTIONS:**

**BAR CODE SPACE**

**Freight Charge Terms:**   *Freight charges are prepaid unless marked otherwise*
Prepaid XX ___ Collect ___ 3rd Party ___
☐ Master Bill of Lading: with attached underlying Bills of Lading
(check box)

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (Y or N) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO # 4500604886 | 95 | 2,275 | | ENVIROSPRING: 7X38X60 2S-ST NYLON BLUE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **GRAND TOTAL** | | **2275** | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| 95 | bags | | | 2275 | | ENVIROSPRING: 7X38X60 2S-ST NYLON B | | 125 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | **2275** | | **GRAND TOTAL** | | |

**RECEIVING STAMP SPACE**

*Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:*

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding*
**$10,000    TRUCK**

**COD Amount: $** _____

**Fee Terms:** Collect ☐   Prepaid ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☑ By Shipper
☐ By Driver

**Freight Counted:**
☑ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

**20D02-2102-PL-000036**

**Elkhart Superior Court 2**





LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

Bill to 024781
**AMERICAN HOTEL REGISTER**
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

Invoice

| | |
|---|---|
| Number | PSI-0002610679 |
| Invoice date | 7/24/2020 |
| Load ID | LD003453314 |
| Page | 1 of 1 |

| | |
|---|---|
| Customer ID | 024781 |
| Terms | Per Agreement |
| Due date | 9/23/2020 |
| Sales order | SO-0002715484 |
| Order No./Ship No. | PS-002761503 |
| Ship date | 7/20/2020 |
| Customer PO | 4500585294 |
| Customer reference | |

Ship to
FLORIDA A&M UNIVERSITY
2400 WAHNISH WAY
1POMA00
TALLAHASSEE, FL 32307-0001
USA

| Item number | Description | Quantity | Unit | Unit price | Discount | Amount |
|---|---|---|---|---|---|---|
| 706086 | ENVIROSPRING: 7X36X80 NYLON BLUE 2S-ST | 238.00 | EA | 119.0000 | 0.00 | 28,322.00 |
| ENVIROSPRING: 7X36X80 NYLON BL | W/ZIPPER (COLLEGE TWIN XL) | | | | | |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

LCI can accomodate remittance by ACH, an inexpensive method that reduces administrative costs. Please contact our Credit Department for setup and processing. CreditDepartment@lci1.com

# EXHIBIT 4

| | | | |
|---|---|---|---|
| PSI-0002610679 | Please Remit To | Subtotal | 28322.00 |
| LIPPERT COMPONENTS, INC #050 | **LIPPERT COMPONENTS, INC** 88704 EXPEDITE WAY CHICAGO, IL 60695-0001 USA | Tax | 0.00 |
| | | Amount due | (USD) 28322.00 |

# Invoice



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

| | |
|---|---|
| Number | PSI-0002621390 |
| Invoice date | 7/28/2020 |
| Load ID | LD003447580 |
| Page | 1 of 1 |

| | |
|---|---|
| Customer ID | 024781 |
| Terms | Per Agreement |
| Due date | 9/27/2020 |
| Sales order | SO-0002715484 |
| Order No./Ship No. | P5-002758324 |
| Ship date | 7/18/2020 |
| Customer PO | 4500585294 |
| Customer reference | |

Bill to 024781
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

Ship to
FLORIDA A&M UNIVERSITY
2400 WAHNISH WAY
1POMA00
TALLAHASSEE, FL 32307-0001
USA

| Item number | Description | Quantity | Unit | Unit price | Discount | Amount |
|---|---|---|---|---|---|---|
| 706086 ENVIROSPRING 7X36X80 NYLON BL | ENVIROSPRING: 7X36X80 NYLON BLUE 2S-ST W/ZIPPER (COLLEGE TWIN XL) | 238.00 | EA | 119.0000 | 0.00 | 28,322.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

LCI can accomodate remittance by ACH, an inexpensive method that reduces administrative costs. Please contact our Credit Department for setup and processing.
CreditDepartment@lci1.com

| | | | |
|---|---|---|---|
| PSI-0002621390 | Please Remit To | Subtotal | 28322.00 |
| LIPPERT COMPONENTS, INC #050 | LIPPERT COMPONENTS, INC 88704 EXPEDITE WAY CHICAGO, IL 60695-0001 USA | Tax | 0.00 |
| | | Amount due (USD) | 28322.00 |

# Invoice



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE.
GOSHEN, IN 46528-5014
USA
Telephone
Fax

| | |
|---|---|
| Number | PSI-0002639458 |
| Invoice date | 7/31/2020 |
| Load ID | LD003497961 |
| Page | 1 of 1 |

| | |
|---|---|
| Customer ID | 024781 |
| Terms | Per Agreement |
| Due date | 9/30/2020 |
| Sales order | SO-0002754379 |
| Order No./Ship No. | PS-002792342 |
| Ship date | 7/29/2020 |
| Customer PO | 4500604836 |
| Customer reference | |

Bill to 024781
**AMERICAN HOTEL REGISTER**
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

Ship to
**GALLAUDET UNIVERSITY**
800 FLORIDA AVE NE
WASHINGTON, DC 20002-3600
USA

| Item number | Description | Quantity | Unit | Unit price | Discount | Amount |
|---|---|---|---|---|---|---|
| 706086 ENVIROSPRING 7X36X80 NYLON BL | ENVIROSPRING: 7X36X80 NYLON BLUE 2S-ST W/ZIPPER (COLLEGE TWIN XL) | 156.00 | EA | 129.6300 | 0.00 | 20,222.28 |
| 767719 | ENVIROSPRING: 7X36X90 NYLON BLUE 2S-ST W/ZIPPER | 4.00 | EA | 160.6300 | 0.00 | 642.52 |
| FREIGHT FREIGHT AND HANDLING | FREIGHT AND HANDLING CHARGES | 1.00 | EA | 0.0000 | 0.00 | 0.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

LCI can accommodate remittance by ACH, an inexpensive method that reduces administrative costs. Please contact our Credit Department for setup and processing. CreditDepartment@lci1.com

| | | | |
|---|---|---|---|
| PSI-0002639458 | Please Remit To: **LIPPERT COMPONENTS, INC** | Subtotal | 20864.80 |
| LIPPERT COMPONENTS, INC #050 | 88704 EXPEDITE WAY CHICAGO, IL 60695-0001 USA | Tax | 0.00 |
| | | Amount due (USD) | 20864.80 |

# Invoice



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA

Telephone
Fax

| | |
|---|---|
| Number | PSI-0002639434 |
| Invoice date | 7/31/2020 |
| Load ID | LD003471921 |
| Page | 1 of 1 |

| | |
|---|---|
| Customer ID | 024781 |
| Terms | Per Agreement |
| Due date | 9/30/2020 |
| Sales order | SO-0002855419 |
| Order No./Ship No. | PS-002774234 |
| Ship date | 7/24/2020 |
| Customer PO | 4500614297 |
| Customer reference | |

Bill to 024781
**AMERICAN HOTEL REGISTER**
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

Ship to
**EMPORIA STATE UNIVERSITY**
ATTN: KELLIE MILLER
1 KELLOGG CIR # 4009-M
EMPORIA, KS 66801-5415
USA

| Item number | Description | Quantity | Unit | Unit price | Discount | Amount |
|---|---|---|---|---|---|---|
| 760172 | ENVIROSPRING: 7X36X80 2S-ST NYLON BLUE - NO ZIPPER (COLLEGE TWIN XL) | 104.00 | EA | 119.0000 | 0.00 | 12,376.00 |
| 760172 | ENVIROSPRING: 7X36X80 2S-ST NYLON BLUE - NO ZIPPER (COLLEGE TWIN XL) | 110.00 | EA | 0.0000 | 0.00 | 0.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

LCI can accommodate remittance by ACH, an inexpensive method that reduces administrative costs.  Please contact our Credit Department for setup and processing. CreditDepartment@lci1.com

| | | | |
|---|---|---|---|
| PSI-0002639434 | Please Remit To **LIPPERT COMPONENTS, INC** 88704 EXPEDITE WAY CHICAGO, IL 60695-0001 USA | Subtotal | 12376.00 |
| LIPPERT COMPONENTS, INC #050 | | Tax | 0.00 |
| | | Amount due | (USD) 12376.00 |



# Invoice

LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

| | |
|---|---|
| Number | PSI-0002639425 |
| Invoice date | 7/31/2020 |
| Load ID | LD003440342 |
| Page | 1 of 1 |

| | |
|---|---|
| Customer ID | 024781 |
| Terms | Per Agreement |
| Due date | 9/30/2020 |
| Sales order | SO-0002715484 |
| Order No./Ship No. | PS-002753304 |
| Ship date | 7/20/2020 |
| Customer PO | 4500585294 |
| Customer reference | |

Bill to 024781
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

Ship to
FLORIDA A&M UNIVERSITY
2400 WAHNISH WAY
1POMA00
TALLAHASSEE, FL 32307-0001
USA

| Item number | Description | Quantity | Unit | Unit price | Discount. | Amount |
|---|---|---|---|---|---|---|
| 706086 ENVIROSPRING: 7X36X80 NYLON BL | ENVIROSPRING: 7X36X80 NYLON BLUE 2S-ST W/ZIPPER (COLLEGE TWIN XL) | 238.00 | EA | 119.0000 | 0.00 | 28,322.00 |
| FREIGHT FREIGHT AND HANDLING | FREIGHT AND HANDLING CHARGES | 1.00 | EA | 6000.0000 | 0.00 | 6,000.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

LCI can accommodate remittance by ACH, an inexpensive method that reduces administrative costs. Please contact our Credit Department for setup and processing. CreditDepartment@lci1.com

| | | | |
|---|---|---|---|
| PSI-0002639425 | Please Remit To | Subtotal | 34322.00 |
| LIPPERT COMPONENTS, INC #050 | LIPPERT COMPONENTS, INC 88704 EXPEDITE WAY CHICAGO, IL 60695-0001 USA | Tax | 0.00 |
| | | Amount due | (USD) 34322.00 |



# Invoice



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

| | |
|---|---|
| Number | PSI-0002684960 |
| Invoice date | 8/18/2020 |
| Load ID | LD003523411 |
| Page | 1 of 1 |

| | |
|---|---|
| Customer ID | 024781 |
| Terms | Per Agreement |
| Due date | 10/18/2020 |
| Sales order | SO-0002812009 |
| Order No./Ship No. | PS-002810944 |
| Ship date | 8/4/2020 |
| Customer PO | 4500609660 |
| Customer reference | |

Bill to 024781
AMERICAN HOTEL REGISTER
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

Ship to
Alabama State University Regional Lorick
1251 S DECATUR ST
MONTGOMERY, AL 36104-5119
USA

| Item number | Description | Quantity | Unit | Unit price | Discount | Amount |
|---|---|---|---|---|---|---|
| 760172 | ENVIROSPRING: 7X36X80 2S-ST NYLON BLUE - NO ZIPPER (COLLEGE TWIN XL) | 200.00 | EA | 127.5000 | 0.00 | 25,500.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

LCI can accomodate remittance by ACH, an inexpensive method that reduces administrative costs. Please contact our Credit Department for setup and processing. CreditDepartment@lci1.com

| | | | | |
|---|---|---|---|---|
| PSI-0002684960 | | Please Remit To | Subtotal | 25500.00 |
| LIPPERT COMPONENTS, INC #050 | | LIPPERT COMPONENTS, INC 88704 EXPEDITE WAY CHICAGO, IL 60695-0001 USA | Tax | 0.00 |
| | | | Amount due | (USD) 25500.00 |

# Invoice



LIPPERT COMPONENTS, INC #050
2602 COLLEGE AVE
GOSHEN, IN 46528-5014
USA
Telephone
Fax

| | |
|---|---|
| Number | PSI-0002704781 |
| Invoice date | 8/25/2020 |
| Load ID | LD003503187 |
| Page | 1 of 1 |

| | |
|---|---|
| Customer ID | 024781 |
| Terms | Per Agreement |
| Due date | 10/25/2020 |
| Sales order | SO-0002754378 |
| Order No./Ship No. | PS-002796357 |
| Ship date | 7/30/2020 |
| Customer PO | 4500604886 |
| Customer reference | |

Bill to 024781
**AMERICAN HOTEL REGISTER**
100 S MILWAUKEE AVE
INDIAN CREEK, IL 60061-4322
USA

Ship to
**BARNARD COLLEGE**
217 MANHATTAN AVE
HOLTSVILLE, NY 00501-0001
USA

| Item number | Description | Quantity | Unit | Unit price | Discount | Amount |
|---|---|---|---|---|---|---|
| 760174 | ENVIROSPRING: 7X38X80 2S-ST NYLON BLUE - NO ZIPPER (COLLEGE TWIN) | 95.00 | EA | 124.0000 | 0.00 | 11,780.00 |
| FREIGHT FREIGHT AND HANDLING | FREIGHT AND HANDLING CHARGES | 1.00 | EA | 0.0000 | 0.00 | 0.00 |

All Lippert Components, INC products which contain hardwood, plywood, OSB or overlay meranti complies with Phase 2 emission standards of section 93120(a) of Title 17 of the California Code of Regulations, and Title VI of the EPA Toxic Substances Control Act. Customer shall have 15 days from date of delivery of the products to inspect and provide written notice to LCI of any product rejected as non-conforming. Failure to timely inspect shall be deemed a waiver of right to inspect and final acceptance of the shipped products by the customer.

LCI can accommodate remittance by ACH, an inexpensive method that reduces administrative costs. Please contact our Credit Department for setup and processing. CreditDepartment@lci1.com

| | | | |
|---|---|---|---|
| PSI-0002704781 | Please Remit To | Subtotal | 11780.00 |
| LIPPERT COMPONENTS, INC #050 | **LIPPERT COMPONENTS, INC** 88704 EXPEDITE WAY CHICAGO, IL 60695-0001 USA | Tax | 0.00 |
| | | Amount due | (USD) 11780.00 |

20D02-2102-PL-000036

Elkhart Superior Court 2

Filed: 2/5/2021 3:21 PM
Clerk
Elkhart County, Indiana



**TELEPHONE 574-312-7436**
**FAX 574-217-0358**

**www.lci1.com**
**jelbenni@lci1.com**

**CORPORATE OFFICE**
**4100 EDISON LAKES PKWY, STE. 210**
**MISHAWAKA, INDIANA 46545**

**LEGAL DEPARTMENT**

November 13, 2020

**VIA EMAIL (AURBATES@AMERICANHOTEL.COM)**

American Hotel Register
100 S. Milwaukee Ave.
Vernon Hills, IL 60061
Attn: Amy Urbates

RE:    **DEMAND FOR PAYMENT**

As of the date hereof, American Hotel Register has an outstanding balance owing to Lippert Components, Inc. ("LCI") in the amount of $161,486.80.

Demand is hereby made for payment of this outstanding balance. LCI requests that payment be made via ACH in accordance with the following payment schedule:

| Amount of Installment | Due Date |
|---|---|
| $50,000.00 | November 20, 2020 |
| $25,000.00 | November 27, 2020 |
| $25,000.00 | December 4, 2020 |
| $25,000.00 | December 11, 2020 |
| $25,000.00 | December 18, 2020 |
| $11,486.80 | December 25, 2020 |

Please respond to this demand within ten (10) days of receipt of this letter to confirm the payment plan set forth herein. If we do not hear from you, we may pursue other remedies, including litigation.

Thank you for your prompt attention to this matter.

Sincerely,

**LIPPERT COMPONENTS, INC.**

By: Jennifer L. ElBenni
General Counsel

**EXHIBIT 5**