UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LIPPERT COMPONENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOTEL REGISTER COMPANY, <br><br> Defendant. | Case No. 3:21-CV-177 JD |

## CONSENT JUDGMENT ORDER

Plaintiff Lippert Components sued Defendant American Hotel Register Company in Indiana state court over its alleged failure to pay after placing five orders with Lippert to send mattresses to various colleges and universities across the country. American then properly removed the case to this Court pursuant to 28 U.S.C. § 1441 because the parties are citizens of different states and the amount in controversy exceeds $75,000. This Court thus has jurisdiction over the parties and claims raised within the suit. The parties have jointly moved for approval of a consent judgment that would require American to pay Lippert $161,486.80 plus interest. (DE 10; DE 10-1.) Counsel for both parties have signed the judgment to show their agreement to its terms. Considering the parties' agreement, the Court GRANTS the motion for entry of the consent judgment.

IT IS THEREFORE ORDERED that Lippert Components, Inc. shall have and, pursuant to applicable law and the Federal Rules of Civil Procedure, recover of and from Defendant American Hotel Register Company the sum of $161,486.80 plus post-judgment interest at the statutory rate.

SO ORDERED.

ENTERED: August 16, 2021

                                                   /s/ JON E. DEGUILIO
                                                  Chief Judge
                                                  United States District Court