# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LIPPERT COMPONENTS, INC.

      Plaintiff

  v.

                                           Civil Action No. 3:21-cv-177

AMERICAN HOTEL REGISTER COMPANY

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $ _____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other: Judgment is ENTERED in favor of Plaintiff Lippert Components, Inc. and against Defendant American Hotel Register Company in the amount of One Hundred Sixty-One Thousand Four Hundred Eighty-Six and 80/100 Dollars ($161,486.80) with post-judgment interest accruing at the statutory rate of .08%.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty on a Motion to Approve Consent Judgment.

DATE: 8/16/2021                    GARY T. BELL, CLERK OF COURT

                                                by   s/ M. Murray_____
                                                *Signature of Clerk or Deputy Clerk*