AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LIPPERT COMPONENTS, INC.

      Plaintiff

  v.

                                                                       Civil Action No. 3:21-cv-177

AMERICAN HOTEL REGISTER COMPANY

      Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: Judgment is ENTERED in favor of Plaintiff Lippert Components, Inc. and against Defendant American Hotel Register Company in the amount of One Hundred Sixty-One Thousand Four Hundred Eighty-Six and 80/100 Dollars ($161,486.80) with post-judgment interest accruing at the statutory rate of .08%.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Jon E. DeGuilio on a Motion to Approve Consent Judgment.

DATE: 8/19/2021                         GARY T. BELL, CLERK OF COURT

                                                                    by   s/ M. Murray_____
                                                                      *Signature of Clerk or Deputy Clerk*